AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
October 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CM
DEPUTY

United States of America
v.
ALEJANDRO REYES
*Defendant(s)*

Case No. SA-26-MJ- 1240

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 1, 2026 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(C) | Possession with Intent to Distribute Methamphetamine<br><br>PENALTIES: 0-20 years imprisonment, 3 years to life supervised release, $1,000,000 fine and $100 special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

■ Continued on the attached sheet.

HUNTER WESTBROOK (Affiliate) Digitally signed by HUNTER WESTBROOK (Affiliate) Date: 2026.10.01 19:33:10 -05'00'
*Complainant's signature*

Hunter Westbrook, DEA TFO
*Printed name and title*

☐ Sworn to before me and signed in my presence.
■ Sworn to telephonically and signed electronically.

Date: October 2, 2026

[signature]
*Judge's signature*

City and state: San Antonio, Texas

Elizabeth S. Chestney, US MAGISTRATE JUDGE
*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. I am a Police Officer with the University of Texas San Antonio Police Department where I have been commissioned for approximately ten years. I have been a Texas Peace officer since 2012 and have been assigned to the DEA, San Antonio District Office located in San Antonio, Texas since January 2017. I am currently assigned as a Task Force Officer to the DEA San Antonio District Office in San Antonio, Texas. I have participated in numerous narcotics investigations. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing, concealing, packaging, diluting (cutting) and distributing controlled substances, their use of cellular telephone and short message service (SMS) / text message, and their use of code words to conduct their illegal activities. I know how drug traffickers collect, transport, secret and launder proceeds derived from drug distribution. I am familiar with the documents generated through all of these illegal activities. I have executed numerous search warrants in my career.
2. On October 1, 2026, Agents with DEA San Antonio, HIS, San Antonio, the San Antonio Police Department, and the Bexar County Sheriff's Office executed search warrants at three (3) residences on Torreon St. in San Antonio, TX, that agents found were associated with the distribution of fentanyl.
3. During the execution of a search warrant at 1004 Torreon St. San Antonio, TX, Agents encountered Alejando REYES, who was standing next to a single cab F-150 bearing a Texas license plates, parked in front of the fence of the property on the corner of the property, and detained him as part of the execution of the search warrant. Based on prior

surveillance of the location, law enforcement had previously witnessed REYES complete what appeared to be hand-to-hand transactions in front of the residence.

4. Once 1004 Torreon St. San Antonio was secured, Agents deployed a narcotics certified K9 on the exterior of the F-150 that REYES was standing next to at the time of his detention. During the deployment of the narcotics certified K9, the K9 displayed a positive alert for the odor of narcotics emitting from within or around the vehicle.

5. Agents conducted a probable cause search of the F-150 based on the positive alert from the narcotics certified K9 and located a cross body bag that contained multiple small bags of a substance that tested positive for methamphetamine and multiple small bags of a substance that tested positive for heroin and fentanyl. The total gross weight of the methamphetamine is 27.58 grams, and the total gross weight of the fentanyl is 29.01 grams. Agents also located a cellular phone in the bag in the F-150 that's home screen is a photograph of REYES, along with personal items that belong to REYES.

6. Agents conducted a post Mirand interview of REYES and REYES stated that narcotics found in the F-150 did belong to him and were intended for distribution.

HUNTER WESTBROOK (Affiliate)

Digitally signed by HUNTER WESTBROOK (Affiliate)
Date: 2026.10.01 19:33:26 -05'00'

Hunter Westbrook
Drug Enforcement Administration, TFO

Subscribed and sworn before me the 2nd day of October 2026.

HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE